**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1748

GEORGE R. LEACH,

Plaintiff - Appellant,

versus

MICHAEL S. SMITH; JAMES L. SIMMONS; MARLENE L.
SIMMONS; VIRGINIA STATE BAR,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Jerome B. Friedman,
District Judge.  (4:06-cv-00155-JBF)

Submitted:  December 13, 2007        Decided:  December 17, 2007

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George R. Leach, Appellant Pro Se.  Michael Steven Smith, Appellee
Pro Se; Michael Lowell Heikes, HEIKES & RUGLESS, PC, Williamsburg,
Virginia; Stephen Michael Hall, OFFICE OF THE ATTORNEY GENERAL OF
VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George R. Leach appeals the district court's order dismissing his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Leach v. Smith, No. 4:06-cv-00155-JBF (E.D. Va. July 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED